NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JASON MEYER,                                          )
                                                     )
            Appellant,                               )
                                                     )
v.                                                   )     Case No. 2D18-1322
                                                     )
STATE OF FLORIDA,                                    )
                                                     )
            Appellee.                                )
                                                     )
_____ )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Jason Meyer, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kayla H. McNab, Assistant
Attorney General, Miami, for Appellee


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.